UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| STACEY WEISE,<br>    Plaintiff | : | CIVIL ACTION NO. |
| | : | |
| v. | : | |
| | : | |
| MIDLAND CREDIT MANAGEMENT, INC,<br>    Defendant | : | |
| | : | MARCH 29, 2017 |
| | : | |
| | : | |

## **COMPLAINT**

1. This is a suit brought under the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq.* ("FDCPA") for misrepresentations made by Midland Credit Management, Inc. ("MCM") in attempting to collect a debt from Plaintiff Stacey Weise ("Weise" or "Plaintiff").

2. Weise is a natural person residing in Wallingford, Connecticut.

3. MCM is a Kansas corporation with a principal place of business of San Diego, California.

4. Jurisdiction in this court is proper pursuant to 28 U.S.C. § 1331 and 15 U.S.C. § 1692k(d).

5. MCM regularly conducts business in Connecticut, and jurisdiction in this Court is proper.

6. Venue in this court is proper, because the Plaintiff resides in Connecticut and involves a transaction that took place in this district.

7. Weise is a "consumer" as defined by § 803 of the FDCPA.

1

8. MCM is a "debt collector" as defined by § 803 of the FDCPA.

9. Non-party Midland Funding, LLC ("Midland") brought a civil action to collect a consumer debt from Weise in the Small Claims Court of Connecticut against Plaintiff and obtained a judgment in the amount of $1,352.27, including costs. See *Midland Funding LLC v. Stacey Weise*, August 3, 2015, Docket No. SCC-570440.

10. The Small Claims Court ordered a monthly payment of $10 commencing October 1, 2015. Payments were to be made to Midland's lawyers, Howard Lee Schiff PC Law Offices.

11. Thereafter, Plaintiff made payments towards the debt and, as of January 16, 2017, Weise owed a balance of approximately $1,200.

12. On or about January 16, 2017, MCM sent Plaintiff a letter in an attempt to collect the debt owed to Midland.

13. In the letter, MCM stated that the "Current Balance" owed by Plaintiff was $1,389.40, an amount that failed to credit Plaintiff for the payments that she had made.

14. MCM violated the FDCPA, including 15 U.S.C. § 1692e(2), by making false statements regarding the amount of the debt.

WHEREFORE, Plaintiff claims actual damages, FDCPA statutory damages of up to $1,000, attorney's fees, and costs.

>   PLAINTIFF STACEY WEISE
>
>   By: /s/ *Daniel S. Blinn*
>   Daniel S. Blinn (ct02188)
>   Consumer Law Group, LLC
>   35 Cold Spring Rd. Suite 512
>   Rocky Hill, CT  06067
>   Tel. (860) 571-0408
>   Fax. (860) 571-7457
>   dblinn@consumerlawgroup.com