UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| STACEY WEISE,<br>    Plaintiff | : | CIVIL ACTION NO.<br>3:17-CV-00514-JBA |
| v. | : | |
| MIDLAND CREDIT MANAGEMENT, INC,<br>    Defendant | : | |
| | : | JULY 17, 2017 |

NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A)(i), the plaintiff, Stacey Weise, through her attorney, hereby gives notice that the plaintiff's claims shall be dismissed with prejudice, and without costs or attorney's fees.

PLAINTIFF STACEY WEISE

By: /s/ *Daniel S. Blinn*
Daniel S. Blinn (ct02188)
Consumer Law Group, LLC
35 Cold Spring Rd. Suite 512
Rocky Hill, CT  06067
Tel. (860) 571-0408
Fax. (860) 571-7457
dblinn@consumerlawgroup.com

1

## CERTIFICATE OF SERVICE

  I hereby certify that on this 17th day of July, 2017, a copy of the foregoing Notice of Dismissal was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

                /s/Daniel S. Blinn
                Daniel S. Blinn